UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGEL COLON, et al.,

        Plaintiffs,

        v.

ASTRAZENECA LP, et al.,

        Defendants.

_____/

No. C 09-4158 PJH

**ORDER VACATING HEARING DATE**

Pursuant to the order filed September 18, 2009, this case is stayed pending transfer to Multidistrict proceedings. Accordingly, and notwithstanding any stipulated provision between the parties allowing plaintiff to seek remand of the case in spite of the instant stay, the hearing on plaintiff's pending motion to remand, noticed for December 9, 2009, is VACATED, and defendants need not file an opposition. If the Judicial Panel on Multidistrict Litigation denies the request to transfer, plaintiffs may request that the stay be lifted and may re-notice the motion to remand.

**IT IS SO ORDERED.**

Dated: November 2, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge